UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KEVIN M.S. OLLIE,

      Plaintiff,

  v.                                     Case No. 19-cv-745-pp

NATIONAL BASKETBALL ASSOCIATION,
NATIONAL FOOTBALL LEAGUE,
TWITTER, FACEBOOK, INC., INSTAGRAM,
MILWAUKEE AREA TECHNICAL COLLEGE,
MCDONALD'S CORPORATION,
ABC NETWORK, ADAM SILVER,
MD EDMUINDO F. CENTENA,
AURORA HEALTH CARE, ARCHIE GRAHAM,
BARACK OBAMA, BET NEWORK,
BROCK OSWELLER, CBS 58 NEWS,
CBS ENTERTAINMENT, DONALD TRUMP,
E! NETWORK, ESPN, FOX 6 NEWS,
FOX BROADCASTING COMPANY,
FOX NEWS NETWORK, FOX SPORTS,
GOOGLE, KRISTEN LEDLOW,
METRO PCS, MILWAUKEE COUNTY
BEHAVIORAL HEALTH DIVISION,
MILWAUKEE LAW ENFORCEMENT,
MSNBC, NBA NETWORK LIVE,
ROBERT KURTH, SPECTRUM,
SPECTURM SPORTS, STEVE EASTERBROOK,
VH1, WISCONSIN COMMUNITY SERVICE,
WISCONSIN DEPARTMENT OF JUSTICE,
WISN 12 NEWS, WTMJ, and WVTV,

      Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED WITHOUT PREPAYMENT OF THE FILING FEE (DKT. NO. 2) AND DISMISSING CASE**

---

1

On May 20, 2019, the plaintiff filed this complaint against forty, unrelated defendants who allegedly have injured the plaintiff and caused him harm. Dkt. No. 1. The plaintiff started taking notes in 2011 whenever something would happen. Id. at 12. He now believes he has become a target of the defendants, who are determined to sabotage the plaintiff's reputation. Id. The court will dismiss the case as frivolous and for failure to state a claim.

I.      **Plaintiff's Ability to Pay the Filing Fee**

To allow the plaintiff to proceed without prepaying the filing fee, the court first must decide whether the plaintiff can pay the fee; if not, it must determine whether the lawsuit is frivolous, malicious or fails to state a claim upon which relief can be granted. 28 U.S.C. §§1915(a) and 1915(e)(2)(B)(i). The plaintiff's request to proceed without prepaying the fee says that he does not have any income of any kind. Dkt. No. 2 at 1-2. The request indicates that the plaintiff has $600 a month in expenses—$300 a month for rent and $300 a month for utilities. Id. at 2-3. He doesn't own any property of value. Id. at 3. The court concludes that the plaintiff does not have the ability to pay the filing fee.

II.     **Screening**

The court next must decide whether the plaintiff has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). To state a claim under the federal notice pleading system, a plaintiff must provide a "short and plain statement of the claim" showing that he is entitled to relief. Fed. R. Civ. P. 8(a)(2). A plaintiff

2

does not need to plead every fact supporting his claims; he needs only to give the defendant fair notice of the claim and the grounds upon which it rests. Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007) (quoting Conley v. Gibson, 355 U.S. 41, 47 (1957) ). At the same time, the allegations "must be enough to raise a right to relief above the speculative level." Id., 550 U.S. at 555. Because the plaintiff represents himself, the court must liberally construe the allegations of his complaint. Erikson v. Pardus, 551 U.S. 89, 94 (2007).

### A. Facts Alleged in the Complaint

The plaintiff has filed other lawsuits in this district; several of the defendants he has named in this suit were named in his other complaints (Wisconsin Community Service, Milwaukee Area Technical College, Milwaukee County Behavioral Health Division, Robert Kurth, and Archie Graham). See Ollie v. Milwaukee Area Technical College, et al., Case No. 19-cv-270 (E.D. Wis. 2019); Ollie v. Wisconsin Cty. Servs., et al., Case No. 19-cv-271 (E.D. Wis. 2019); and Ollie v. Milwaukee Cty. Behavioral Health Div., et al., Case No. 19-cv-272 (E.D. Wis. 2019). In this case, he also has sued Presidents Trump and Obama, the National Basketball Association and the National Football League (and individuals employed by this organizations), various websites/social media sites (Google, Twitter, Instagram, and Facebook), news and media outlets (WTMJ, WVTV, WISN, VHI, Spectrum Sports, NBA Network Live, MSNBC, Fox Sports, Fox Sports Network, Fox Broadcasting Company, Fox 6 News, ESPN, E! Network, CBS Entertainment, CBS 58 News, BET Network, and ABC Network), the Wisconsin Department of Justice and Milwaukee law

3

enforcement, McDonald's and a man who works at McDonald's in Oak Brook, Illinois. Dkt. No. 1 at 2-9.

The plaintiff's allegations against the forty defendants appear in the following paragraph:

> I, Kevin M.S. Ollie, the victim as well as the "Plaintiff" is accusing over 30+ defendants for violating my rights, injuring me and It's causing me harm. I here have attached a list of defendants A-Z who "played some part in the same situation that resulted in the Alleged violation of my Rights" When a mistake was made the defendants tried to cover it up to keep my family, my friends and my self out of the loop working in collusion with each other. I begin taking notes in 2011 as a Requirement for class and suggested by an attorney when things would happen I will just write them down in a journal. For a while now I have become the target of the defendants; for instances, these people taking over my home, a long with sabotaging my reputation for their Advantages. Lastly, the defendants is attacking my mental, my physical and my emotional health. All because of my skin, my sex and because I talked through the TV screen. I am filing this complaint in the United States District Court for the Eastern District of Wisconsin seeking relief of "Financial Freedom."

Dkt. No. 1 at 11-12.

As damages, the plaintiff seeks a centillion dollars. Id. at 13. He asks the court to shut down the Internet, recall all televisions and cell phones and award him over one hundred sports stadiums in the world. Id. He wants "property, cars, real estate, airplanes, land" and jails. Id. He wants a "clean slate" for family and friends, recognition for small business owners, a college, a statute and a flag. Id.

    B.    Analysis

A federal district court has jurisdiction to hear and decide cases that involve violations of federal laws or the federal Constitution. 28 U.S.C. §1331.

In his complaint, the plaintiff says that he is suing for a violation of federal law. He does not, however, indicate what federal law he believes the defendants violated. He does not explain what any of these defendants did to him, or what injuries he has suffered. The "wrongs" apparently date back to 2011, but otherwise, the plaintiff does not explain when the defendants injured him. The plaintiff's claims have no "arguable basis either in law or in fact," and therefore are frivolous. <u>Neitzke v. Williams</u>, 490 U.S. 319, 325 (1989).

The court **GRANTS** the plaintiff's motion for leave to proceed without prepayment of the filing fee. Dkt. No. 2.

The court **DISMISSES** this case for failure to state a claim and for stating frivolous allegations.

Dated in Milwaukee, Wisconsin this 25th day of June, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**