UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KEVIN M.S. OLLIE,

        Plaintiff,

  v.

NATIONAL BASKETBALL ASSOCIATION,
NATIONAL FOOTBALL LEAGUE,
TWITTER, FACEBOOK, INC., INSTAGRAM,
MILWAUKEE AREA TECHNICAL COLLEGE,
MCDONALD'S CORPORATION,
ABC NETWORK, ADAM SILVER,
MD EDMUINDO F. CENTENA,
AURORA HEALTH CARE, ARCHIE GRAHAM,
BARACK OBAMA, BET NEWORK,
BROCK OSWELLER, CBS 58 NEWS,
CBS ENTERTAINMENT, DONALD TRUMP,
E! NETWORK, ESPN, FOX 6 NEWS,
FOX BROADCASTING COMPANY,
FOX NEWS NETWORK, FOX SPORTS,
GOOGLE, KRISTEN LEDLOW,
METRO PCS, MILWAUKEE COUNTY
BEHAVIORAL HEALTH DIVISION,
MILWAUKEE LAW ENFORCEMENT,
MSNBC, NBA NETWORK LIVE,
ROBERT KURTH, SPECTRUM,
SPECTURM SPORTS, STEVE EASTERBROOK,
VH1, WISCONSIN COMMUNITY SERVICE,
WISCONSIN DEPARTMENT OF JUSTICE,
WISN 12 NEWS, WTMJ, and WVTV,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 19-cv-745-pp

☐    **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑    **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

**THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint is **DISMISSED** for failure to state a claim for which a federal court can grant relief and for stating frivolous allegations.

**THE COURT ORDERS** that this case is **DISMISSED**.

Approved and dated in Milwaukee, Wisconsin this 25th day of June, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Court**

STEPHEN C. DRIES
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk